Filed 7/15/15  L.A. Memorial Coliseum Com. v. Insomniac, Inc. CA2/5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| LOS ANGELES MEMORIAL COLISEUM COMMISSION et al., <br><br> Plaintiffs and Appellants, <br><br> v. <br><br> INSOMNIAC, INC. et al., <br><br> Defendants and Respondents. | B257155 <br><br> (Los Angeles County Super. Ct. No. BC472814) |

APPEAL from postjudgment orders of the Superior Court of the County of Los Angeles, Terry A. Green and Gregory W. Alarcon, Judges.  Reversed.

Burke, Williams & Sorensen, Charles E. Slyngstad, Brian S. Ginter for Plaintiffs and Appellants.

The Kaufman Law Group, Gary J. Kaufman, Colin A. Hardacre, Natasha L. Hill for Defendants and Respondents Insomniac, Inc.

Mennemeier Glassman, Eric J. Glassman for Defendants and Respondents Go Ventures, Inc.

## INTRODUCTION

Plaintiffs and appellants (plaintiffs)[1] appeal from the trial court's postjudgment orders awarding attorney fees to defendants and respondents (defendants)[2] as prevailing parties under Code of Civil Procedure section 1021.  On January 27, 2015, we reversed the judgment in favor of defendants upon which the postjudgment attorney fees orders were based.  The parties agree that our reversal of the judgment warrants summary reversal of the attorney fees orders because there are no prevailing parties entitled to such fee awards under section 1021.  (See *Lafferty v. Wells Fargo Bank* (2013) 213 Cal.App.4th 545, 572; *Gilman v. Dalby* (2009) 176 Cal.App.4th 606, 620.)

We agree with the parties and therefore reverse the postjudgment orders awarding attorney fees to defendants.  Plaintiffs are awarded costs on appeal.

---

[1]     Plaintiffs are the Los Angeles Memorial Coliseum Commission and the Los Angeles Memorial Coliseum Association.

[2]     Defendants are Insomniac, Inc. and GoVentures, Inc.

**DISPOSITION**

The postjudgment orders awarding attorney fees to defendants are reversed.
Plaintiffs are awarded costs on appeal.

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS


MOSK, J.

We concur:


TURNER, P. J


KIRSCHNER, J.[*]

---

[*] Judge of the Superior Court of the County of Los Angeles, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

3